IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH MICHAEL BOWEN,

      Plaintiff,                           No. 2:12-cv-1519 MCE GGH P

    vs.

MATTHEW CATE, et al.,

      Defendants.                  ORDER APPOINTING
                                                LIMITED PURPOSE COUNSEL

_____/

       Plaintiff Burch Bowen is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On August 6, 2012, Mr. Bowen filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Dkt. # 9. The court grants plaintiff's motion for appointment of counsel for the limited purpose of drafting and filing an amended complaint. Gregory P. Wayland has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Gregory P. Wayland is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of drafting and filing an amended complaint.

    2. The amended complaint shall be filed within 60 days.

    3. Gregory P. Wayland's appointment will terminate when plaintiff's amended complaint is filed.

    4. Gregory P. Wayland shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

    5. The Clerk of the Court is directed to serve a copy of this order upon Gregory P. Wayland, Law Office of Gregory P. Wayland, 1010 Sagamore Way, Sacramento, California 95822.

DATED: August 15, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

bowe1519.31