IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Bowen

      Plaintiff(s)

vs.

Matthew Cate, et al.,

      Defendants.

No. 2:12-cv-1519 MCE GGH P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Gregory P. Wayland, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 15, 2012, by the Honorable Gregory G. Hollows, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel to Plaintiff's place of abode to allow attorney to interview Plaintiff and review pertinent documentation to Plaintiff's claims. Counsel estimates that total mileage will be approximately 425 miles.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 235.87.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:12-cv-1519 MCE GGH P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $235.87 | mileage reimbursment. | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of September, 20 12, at Sacramento, California.

/s/ Gregory P. Wayland

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Sept 13, 2012

GREGORY G. HOLLOWS

United States District Judge/Magistrate