IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH MICHAEL BOWEN,

    Plaintiff,                      No.  2:12-cv-1519 MCE AC P

    vs.

MATTHEW CATE, et al.,

    Defendants.                 <u>ORDER TO SHOW CAUSE</u>

                                 /

        Plaintiff, proceeding through counsel, is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  On August 13, 2012, plaintiff's complaint was dismissed with leave to amend, and he was granted appointment of counsel for the limited purpose of filing an amended complaint.  On October 14, 2012, plaintiff, through appointed counsel, filed a first amended complaint ("FAC") against defendants Cate, Milliner, Carrick, Swarthout, McAlpine, Shadday, Hartley, McElroy, Chapnick, Boparai, Conanan, and Kamen.  On March 18, 2013, the FAC was dismissed for failure to state a claim, and plaintiff, again through limited-appointment counsel, was directed to file a second amended complaint within sixty days from the date of the order. The deadline for filing a second amended complaint has now passed, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

1

1. Plaintiff's limited-appointment counsel, Gregory P. Wayland, shall show cause within 14 days from the date of this order why sanctions should not be imposed for failure to comply with a court order; and

2. The Clerk of the Court is directed to serve a copy of this order upon Gregory P. Wayland, Law Office of Gregory P. Wayland, 1010 Sagamore Way, Sacramento, California 95822.

DATED: June 27, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;bowe1519.osc