UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH MICHAEL BOWEN,

Plaintiff,

v.

MATTHEW CATE, et al.,

Defendants.

No. 2:12-cv-01519 MCE AC P

ORDER

Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2014, defendants filed a motion to dismiss. ECF No. 54. Plaintiff's response to the motion was due April 20, 2015. ECF No. 59. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation for the dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE