UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURCH MICHAEL BOWEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-1519 MCE AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 67. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: October 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE